# NOTES OF CAUSES

Decided during the period comprised in this Volume, and
not reported in full.

No. 1275. **Ayer v. Chassereau.** April Term, 1882. This
was a motion to dismiss an appeal from an order of Judge Hudson, refusing leave to defendant to file his answer, because
unverified, and giving plaintiff a judgment by default. The
motion here was based upon the ground that defendant had no
right of appeal. *Held*, that the order of the Circuit judge
involved a legal right and was, therefore, appealable under
section 11 of the code of procedure. Motion refused. Order
PER CURIAM, October 6th, 1882.